**Order entered September 12, 2019**



**In the**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00544-CR

**KENDRICK JERON ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 068569**

## ORDER

Before the Court is appellant's September 9, 2019 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before September 30, 2019. If appellant's brief is not filed by September 30, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     CORY L. CARLYLE
           JUSTICE